[No. 21178-5-II.    Division Two.    February 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN R.
SOLT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-00185-1, Paula Casey, J., entered August 29, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Hunt, JJ.


[No. 21653-1-II.    Division Two.    February 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DAVID
EVERETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03962-6, Karen L. Strombom, J., entered February 4, 1997. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Armstrong, JJ.


[No. 21764-3-II.    Division Two.    February 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY LEE
RANSOM, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-01293-9, Thomas L. Lodge, J., entered March 13, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.


[No. 21931-0-II.    Division Two.    February 13, 1998.]

CUMMINGS OIL COMPANY, INC., *Respondent*, v. RONALD N.
NILSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 90-2-00497-8, David R. Draper, J., entered March 28, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.